for stay granted upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. METRO ZOGAS, Appellant.— Motion to enlarge time granted upon condition that the appellant perfect the appeal for the January, 1932, term, for which term the case is ordered on the calendar. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

ROOSEVELT FLYING CORPORATION, Respondent, v. AIR MAP CORPORATION (Also Known as AIR MAP CORPORATION OF AMERICA), Appellant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

ANNA H. SLONIM and Another, Respondents, v. HECTOR HOLDING CORPORATION, Appellant, and Others, Defendants.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

BENJAMIN WOLF, an Infant, by HARRY WOLF, His Guardian ad Litem, Appellant, v. DIETZ DELIVERY SERVICE, INC., Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

VICTOR (VINCENT) ZMYRKO, and THOMAS EDWARD GAFFNEY, as Receiver, Appellants, v. JACOB (JOSEPH) STRAUB, Respondent.— Motion to dismiss appeals denied upon condition that appellants perfect the appeals for the December term (for which term the cases are set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

ERNEST HUNNINGHAUS, Appellant, v. ADAM SCHMITT, Individually and as Business Agent of Bakers' Union Number 3, of Brooklyn and Queens, Amalgamated Food Workers, " RICHARD ROE," as President, and " JOHN DOE," as Secretary of Bakers' Union, Number 3, of Brooklyn and Queens, Amalgamated Food Workers, Names of Said Last Two Defendants Being Fictitious, True Names of These Defendants Being Unknown to Plaintiff, Persons Intended, However, Being President and Secretary Respectively of BAKERS' UNION No. 3, OF BROOKLYN AND QUEENS, AMALGAMATED FOOD WORKERS, Respondents.— Appeal from order denying plaintiff's motion for a temporary injunction withdrawn on consent, action ordered to be tried at Special Term on November 23, 1931, and injunction continued pending the determination of the trial. Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ., concur.

In the Matter of JULIUS WEISSMAN, Respondent, against RADCLIFFE SHOE Co., INC., Appellant, for an Order Requiring Respondent to Submit Certain Differences between the Parties to Arbitration.— The decision of this court handed down on November 13, 1931,█ is hereby amended to read as follows: On argument, order directing arbitration to proceed modified so as to permit appellant to file a further affidavit as to any claimed issues, and so as to direct

a trial of the preliminary issues, if any, at Special Term, and as so modified affirmed, without costs; the determination of the motion to compel arbitration to be held in abeyance until the determination of such issues. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

GILBERT H. CRAWFORD, as Sole Permanent Receiver of ROLAND STEEL COMPANY, INC., Appellant, v. JOHN DETJENS, Respondent.— Motion of respondent to open default in filing brief granted. Appellant may have until November twenty-third to file reply brief. Present — Lazansky, P. J., Kapper, Hagarty and Davis, JJ.; Tompkins, J., not voting.

JACOB ZASLOW, Respondent, v. LAZAR RABINOWITZ and Others, Defendants; MAX SATZ, Appellant.— Motion for stay granted upon condition that within five days from the entry of the order herein appellant furnish an undertaking with corporate surety in the sum of $2,000 to secure payment of the judgment, interest and costs in the event that the order be affirmed; otherwise, motion denied, with ten dollars costs. Present — Young, Kapper, Tompkins and Davis, JJ.

JOHN ANDREWS, Respondent, v. VINCENZO GUARDINO, Appellant.— Appeal dismissed, without costs. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

HENRY BEHR and ARTHUR BEHR, Copartners, Doing Business under the Firm Name and Style of BEHR BROS., Respondents, v. EMMA DAMRAU, Appellant.— Appeal dismissed, without costs. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

THELMA S. BREEN, Appellant, v. JOSEPH V. BREEN, Respondent.— Appeal dismissed, without costs. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

JOSEPH COMEFORO and JEAN COMEFORO, Respondents, v. NATIONAL PIPE PRODUCTS CORPORATION and Another, Appellants; HYMAN ZIEK, Defendant.— Appeal dismissed, without costs. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

JERRY COSTELLO and Others, Plaintiffs, v. LOUIS ZELLER, Respondent; SALVATORE CIRONE, Appellant.— Appeal dismissed, without costs. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

HUGH T. DUNN, Respondent, v. UNEXCELLED MANUFACTURING COMPANY, INC., Appellant.— Appeal dismissed, without costs. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

ELVIN TRUCKING CORPORATION, Appellant, v. SAMUEL FIMINELLA and Others, Respondents. (Appeal No. 1.) — Appeal dismissed, without costs. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

ANNA GITLITZ and JULIUS SELTZER, as Administrators, etc., of MAX GITLITZ, Deceased, Respondents, v. GOODMAN & MANDEL, INC., Appellant.— Appeal dismissed, without costs. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

ABRAHAM HEIMOWITZ, Respondent, v. BIELECKY BROS., INC., Appellant.— Appeal dismissed, without costs. Present — Young, Kapper, Hagarty, Tompkins and Davis, JJ.

In the Matter of the Petition of HAMILTON WARD, Attorney-General, etc., for an Order Directing the METAL BED MANUFACTURERS AND CREDIT ASSOCIATION, INC., to Appear before a Referee for Examination, etc. HAMILTON WARD,